**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000710
07-MAR-2023
09:17 AM
Dkt. 30 OAWST**

NO. CAAP-22-0000710

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, as Trustee, Successor in Interest to BANK OF AMERICA, NATIONAL ASSOCIATION, as Successor by Merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, on behalf of THE HOLDERS OF WASHINGTON MUTUAL ASSET-BACKED CERTIFICATES, WMABS, SERIES 2006-HE1, Plaintiff-Appellee, v. JAN MOXLEY, Defendant-Appellant, and CITIBANK (South Dakota), N.A.; WELLS FARGO BANK, N.A., Defendants-Appellees, and DOES 1-20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC171000292)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal, filed February 27, 2023, by Plaintiff-Appellee U.S. Bank National Association (U.S. Bank),[1] the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under HRAP Rule 42(b); (3) the stipulation is dated and signed by all self-represented parties and counsel for all represented parties appearing in the

---

[1] U.S. Bank's counsel, Ken Ohara, is cautioned that each filed document shall include a flyleaf that reflects, without limitation, the name or names, telephone numbers, physical and electronic mail addresses, and Hawaiʻi bar number of the attorney or attorneys representing the party on whose behalf the document is filed. Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 32(a). Future violations may result in sanctions.

appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, March 7, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge